JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 10 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 1629

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-9)

On October 26, 2004, the Panel transferred 23 civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 51 additional actions have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Patti B. Saris.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saris.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of October 26, 2004, 342 F.Supp.2d 1350 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Patti B. Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

JUN 28 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

## SCHEDULE CTO-9 - TAG-ALONG ACTIONS
## DOCKET NO. 1629
## IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **CONNECTICUT** | | |
| CT  3  04-1963 | Louise C. Wilson, et al. v. Pfizer, Inc., et al. | |
| **KANSAS** | | |
| KS  5  05-4012 | Brenda Cunningham, etc. v. Pfizer Inc., et al. | |
| **MISSISSIPPI SOUTHERN** | | |
| MSS  3  04-722 | Keith Coleman v. Pfizer, Inc. | |
| MSS  3  04-723 | Deborah K. Fish v. Pfizer, Inc. | |
| **OREGON** | | |
| ~~OR  3  05-604~~ | ~~Teresa E. Teater v. Pfizer, Inc., et al.~~ | Opposed 6/28/05 |
| **TEXAS NORTHERN** | | |
| TXN  3  05-1013 | Steven Alexander v. Pfizer, Inc., et al. | |

CLOSED, SCHEDCONFSET

# U.S. District Court
## District of Kansas (Topeka)
### CIVIL DOCKET FOR CASE #: 5:05-cv-04012-JAR-KGS

| | |
|---|---|
| Cunningham v. Merck & Co., Inc. et al | Date Filed: 02/03/2005 |
| Assigned to: District Judge Julie A. Robinson | Jury Demand: Defendant |
| Referred to: Magistrate Judge K. Gary Sebelius | Nature of Suit: 365 Personal Inj. Prod. Liability |
| Demand: $75000 | |
| Cause: 28:1332 Diversity-Personal Injury | Jurisdiction: Diversity |

### Plaintiff

**Brenda Cunningham** represented by **Gene E. Schroer**
*Administrator of the Estate of Charles Cunningham and individually and on behalf of the heirs at law of Charles Cunningham, deceased*
*estate of*
Charles Cunningham

Gene E Schroer, Attorney at Law
115 E Seventh Street
Topeka, KS 66603
785-357-7300
Fax: 785-357-0216
Email: gschroer@schroer.kscoxmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Neil A. Dean**
Rice, Dean, & Kelsey L.L.C
The Liberty Building
214 SW 6th St. Ste 305
Topeka, KS 66603
785-357-0333 x109
Fax: 785-357-0216
Email: ndean@rdk.kscoxmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

### Defendant

**Merck & Co., Inc.** represented by **Ann Michele Scarlett**
*a corporation*

Saint Louis University School of Law
3700 Lindell Blvd.
St. Louis, MO 63108
314-977-2766
Email: ascarlett@stinsonmoheck.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**John C. Aisenbrey**
Stinson Morrison Hecker LLP--1201 Walnut
1201 Walnut, Suite 2400
Kansas City, MO 64106-2150
816-842-8600
Fax: 816-691-3495
Email: jaisenbrey@stinsonmoheck.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Defendant</u>

**Merck and Company, Incorporated**	represented by **Ann Michele Scarlett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C. Aisenbrey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Defendant</u>

**Does 1 through 100**	represented by **Ann Michele Scarlett**
*Inclusive*	(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C. Aisenbrey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Defendant</u>

**Pfizer, Inc.**	represented by **Ann Michele Scarlett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C. Aisenbrey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott W. Sayler**

Shook, Hardy & Bacon L.L.P. -- Kansas City/Grand
2555 Grand Boulevard
Kansas City, MO 64108-2613
816-474-6550
Fax: 816-421-5547
Email: ssayler@shb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Parke-Davis**
*Division of Warner-Lambert Company and Does 1 to 100, inclusive*

represented by **Ann Michele Scarlett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C. Aisenbrey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott W. Sayler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/03/2005 | 1 | NOTICE OF REMOVAL by Merck and Company, Incorporated, Does 1 through 100, Pfizer, Inc., Parke-Davis, Merck & Co., Inc. from Shawnee County District Court, case number 04C001441., filed by Merck and Company, Incorporated, Does 1 through 100, Pfizer, Inc., Parke-Davis, Merck & Co., Inc.. (Attachments: # 1 Exhibit A Shawnee County District Court Summons and Complaint # 2 Exhibit B Defendants Consent To Removal)(sal) (Entered: 02/03/2005) |
| 02/03/2005 |   | FILING FEE PAID: in the amount of $ 150.00, receipt number 048637 (sal) (Entered: 02/03/2005) |
| 02/03/2005 | 2 | ANSWER to Complaint by Merck & Co., Inc..(Scarlett, Ann) (Entered: 02/03/2005) |
| 02/03/2005 | 3 | CORPORATE DISCLOSURE STATEMENT by Merck & Co., Inc.. (Scarlett, Ann) (Entered: 02/03/2005) |
| 02/03/2005 | 4 | MOTION to Stay *All Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation and Suggestions in Support* by Defendant Merck & Co., Inc. (Attachments: # 1 Exhibit A# 2 Exhibit B# |

|  |  |  |
|---|---|---|
|  |  | 3 Exhibit C# 4 Exhibit D# 5 Exhibit E)(Scarlett, Ann) (Entered: 02/03/2005) |
| 02/04/2005 | 5 | NOTICE of Consent to Removal by Pfizer, Inc., Parke-Davis re 1 Notice of Removal, (Sayler, Scott) (Entered: 02/04/2005) |
| 02/07/2005 | 6 | ANSWER to Complaint with Jury Demand by Pfizer, Inc., Parke-Davis.(Sayler, Scott) (Entered: 02/07/2005) |
| 03/02/2005 | 7 | TEXT ENTRY granting 4 Motion to Stay All Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry) (mkc) (Entered: 03/02/2005) |
| 04/04/2005 | 8 | STATUS REPORT by Merck and Company, Incorporated, Merck & Co., Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Scarlett, Ann) (Entered: 04/04/2005) |
| 04/28/2005 | 9 | ORDER SETTING SCHEDULING CONFERENCE: Scheduling Conference set for 6/6/2005 at 09:30 AM before Magistrate Judge K. Gary Sebelius. Report of Parties Planning Meeting deadline 5/31/2005. Signed by Magistrate Judge K. Gary Sebelius on 4/28/05. (lb) (Entered: 04/28/2005) |
| 05/02/2005 | 10 | TRANSFERRING CASE to USDC Eastern District of Louisiana for disposition with attached certified copy of transfer order received from the Multidistrict Litigation Panel. (ms) (Entered: 05/03/2005) |
| 05/03/2005 | 11 | Letter from deputy clerk transferring documents to USDC Eastern District of Louisiana per transfer order from the MDL Panel. (ms) (Entered: 05/03/2005) |
| 05/03/2005 |  | ***Civil Case Terminated. (ms) (Entered: 05/03/2005) |
| 05/11/2005 | 12 | RECEIPT from USDC Eastern District of Louisiana for papers sent pursuant to MDL transfer (ms) (Entered: 05/12/2005) |
| 05/20/2005 | 13 | Joint MOTION to Stay *Proceeding Pending Transfer to the MDL Court* by Defendants Pfizer, Inc., Parke-Davis (Attachments: # 1 Exhibit A# 2 Exhibit B)(Sayler, Scott) (Entered: 05/20/2005) |
| 06/03/2005 | 14 | TEXT ENTRY granting 13 Joint Motion to Stay Proceedings Pending Transfer to MDL Court. Signed by Judge Julie A. Robinson on 6/3/05. THIS IS A TEXT ENTRY ONLY; there is no.pdf document associated with this entry. (LML) (Entered: 06/03/2005) |
| 06/16/2005 | 15 | CONDITIONAL TRANSFER ORDER. Case is being transferred to USDC for the District of Massachusetts. Signed by deputy clerk on 6/10/05. (Attachments: # 1 Letter to Judge Saris) (ms) (Entered: 06/23/2005) |
| 06/23/2005 | 16 | RETURN E-mail received re 15 Order, Terminating Case addressed to Anne Michelle Scarlett not resent; left firm; good e-mail address is not |

| | | |
|---|---|---|
| | | available This is a TEXT ENTRY only (daw) (Entered: 06/23/2005) |
| 07/05/2005 | 17 | CONDITIONAL TRANSFER ORDER lifting the stay on 6/28/05. Signed by Michael J. Beck, Clerk of the Panel. (Attachment: # 1 Letter to Sarah Thornton, Clerk) (ms) (Entered: 07/07/2005) |

### PACER Service Center
#### Transaction Receipt

07/15/2005 09:39:52

| PACER Login: | us2510 | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 5:05-cv-04012-JAR-KGS |
| Billable Pages: | 3 | Cost: | 0.24 |